### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IMANI CHINDA, | Case No. 4:24-cv-5106 |
| v. | |
| HSA ST. JOSEPH LLC. | |

## SCHEDULING AND DOCKET CONTROL ORDER

Anticipated Length of Trial 3-4 Days.                    Jury: yes

1. May 8, 2025 — **NEW PARTIES** shall be joined by this date. The attorney causing the addition of new parties will provide copies of this Order to new parties.

2. N/A — **MOTIONS TO CONDITIONALLY CERTIFY AND MOTION TO CERTIFY CLASS** Plaintiff shall file a motion to conditionally certify a class and motion to certify a class under Rule 23 on or before this date.

3. May 8, 2025 — **MOTIONS FOR LEAVE TO AMEND PLEADINGS** Parties filing motions after this deadline must show good cause.

4. June 26, 2025 — **EXPERTS ON MATTERS OTHER THAN ATTORNEYS' FEES** for the Plaintiff will be identified by a report listing the qualification of each expert, each opinion that the expert will present, and the basis for it.

5. June 26, 2025 — **EXPERTS ON MATTERS OTHER THAN ATTORNEYS' FEES** for the Defendant will be identified by a report listing the qualification of each expert, each opinion that the expert will present, and the basis for it.

7. August 21, 2025 — **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to the deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

8. October 9, 2025 — **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS** (except motions *in limine*) will be filed by this date.

9. _____ — **JOINT PRETRIAL ORDER AND MOTION *IN LIMINE* DEADLINE**

10. _____ — **TRIAL** will begin at 9:00 a.m.

_____
Date

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2