United States District Court
Southern District of Texas
**ENTERED**
April 01, 2025
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>RICHARD W. BENNETT, PRESIDING</u>
DATE: <u>March 31, 2025</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>10:20-10:23AM</u>   AFTERNOON:<u>               </u>
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. 4:24cv5106

| | |
|---|---|
| Imani Chinda, | Carl Andrew Fitz |
| Plaintiff | |
| HAS St. Joseph, LLC | Asim Abdur Ghafoor |
| Defendant | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>MINUTE ENTRY ORDER:</u>

<u>The court conducted the Initial Conference and entered a Scheduling Order.</u>

Signed this <u>31st</u> day of March, 2025.

_____
Richard W. Bennett
United States Magistrate Judge