UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IMANI CHINDA<br>Plaintiff<br><br>v.<br><br>HSA ST. JOSEPH LLC<br>Defendant | Case No.    4:24-cv-5106 |

### NOTICE OF LATE FILING

PLEASE TAKE NOTICE that Defendant HSA St. Joseph LLC respectfully submits its Answer in the above-styled case.

| | |
|---|---|
| Dated: May 27, 2025<br>Houston, Texas | Respectfully submitted<br><br>By: *Isl Asim Ghafoor*<br>Asim Ghafoor (SDTX Bar #1384109)<br>HSA Regional Counsel<br>1401 St. Joseph Parkway<br>Houston, TX 77002<br>(202) 330 1469<br>aghafoor@hsahospitals.com<br>ATTORNEY FOR HSA ST. JOSEPH LLC |

CERTIFICATE OF SERVICE

I hereby certify that, on May 27, 2025, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

   */s/ Asim Ghafoor*
   Asim Ghafoor
   Counsel for Defendant