# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IMANI CHINDA, | Case No. 4:24-cv-5106 |
| v. | |
| HSA ST. JOSEPH LLC. | |

### PLAINTIFF'S ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIMS

Plaintiff Imani Chinda (Chinda) serves this Answer to Defendant's Amended Counterclaims and states as follows:

1. No response is required to Defendant's reference and incorporation of preceding paragraphs.

2. The allegation in Paragraph contains a legal conclusion to which on answer is required. To the extend a response is required, Plaintiff denies the allegations of Paragraph 2.

3. Plaintiff denies the allegation in Paragraph 3 of the counterclaim.

Date: October 6, 2025.

Respectfully submitted,

By: */s/ Carl A. Fitz*
    **Carl A. Fitz**
    Tex. Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
(713) 766-4000
carl@fitz.legal

**Attorney for Plaintiff**

### CERTIFICATE OF SERVICE

On October 6, 2025, I served a copy of this document to Defendant via the Court's CM/ECF case filing system.

*/s/ Carl A. Fitz*
_____
Carl A. Fitz

Pl's Answer to Counterclaim