# Exhibit 3

# Deposition Transcript

```
Case Number: 4:24-cv-5106
Date: October 4, 2025
```

```
In the matter of:
```

# IMANI CHINDA v HSA ST. JOSEPH LLC.

# Lori Tolopka

```
Reported by:
Dara Sanoff
```



```
Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F
```

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF TEXAS
 3                   HOUSTON DIVISION
 4
    IMANI CHINDA,                )Case No.:
 5                               )4:24-cv-5106
                                 )
 6           Plaintiff,          )
                                 )
 7                               )
    vs.                          )
 8                               )
                                 )
 9  HSA ST. JOSEPH LLC,          )
                                 )
10                               )
             Defendant.          )
11  _____)
12
13          VIRTUAL EXAMINATION BEFORE TRIAL of
14  LORI TOLOPKA, a Third-Party Witness, taken by the
15  Plaintiff, pursuant to the provisions of Federal Rules
16  of Civil Procedure, commencing at 10:07 a.m. Central
17  Standard Time on Saturday, October 4th, 2025, before
18  DARA SANOFF, a Certified Court Reporter and Notary
19  Public for and within the State of New York.
20
21
22
23
24  STENO
    Concierge@Steno.com
25  (888)707-8366
```

Page 2

1  APPEARANCES VIA ZOOM:
2  FOR THE PLAINTIFF:
3       FITZ LAW PLLC
            BY:  CARL A. FITZ, ESQ.
4       3730 Kirby Drive, Suite 1200
            Houston, Texas 77098
5       712-766-4000
            carl@fitz.legal
6
7
    FOR THE DEFENDANT:  HSA ST. JOSEPH LLC and THIRD-PARTY
8   WITNESS LORI TOLOPKO
9       HEALTHCARE SYSTEMS OF AMERICA
            BY:  ASIM GHAFOOR, ESQ.
10      Regional Counsel
            St. Joseph Medical Center
11      1401 St. Joseph Parkway
            Houston, Texas 77002
12      202-330-1469
            aghafoor@hsahospitals.com
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1        F E D E R A L   S T I P U L A T I O N S
2
3   IT IS HEREBY STIPULATED AND AGREED by and between the
4   counsel for the respective parties herein that the
5   sealing, filing and certification of the within
6   deposition be waived; that the original of the
7   deposition may be signed and sworn to by the witness
8   before anyone authorized to administer an oath, with
9   the same effect as if signed before a Judge of the
10  Court; that an unsigned copy of the deposition may be
11  used with the same force and effect as if signed by
12  the witness, 30 days after service of the original & 1
13  copy of same upon counsel for the witness.
14
15    IT IS FURTHER STIPULATED AND AGREED that all
16  objections except as to form, are reserved to the time
17  of trial.
18
19
20
21
22
23
24
25

Page 4

1        THE COURT REPORTER:  Before I
2   swear in the witness I'm just going
3   to do a brief Federal read on
4   required by Steno.
5        The attorneys appearing in this
6   deposition acknowledge that I am not
7   physically present in the deposition
8   room, that I will be reporting on
9   this deposition remotely, and that I
10  will administer the oath to the
11  witness remotely.
12       The parties and their counsel
13  further agree that while I am a
14  Notary the witness may be in a state
15  where I am not licensed and stipulate
16  pursuant to Federal Rule of Civil
17  Procedure 29, that this deposition
18  may be taken before me.
19       If any party does have an
20  objection to this manner of reporting
21  or anything stated above, please
22  state so now.
23       Hearing none, we can proceed.
24
25

Page 5

1        THE COURT REPORTER:  Please
2        raise your right hand.
3        THE WITNESS:  (Complied)
4        THE COURT REPORTER:  Do you
5        solemnly swear the testimony you're
6        about to give will be the truth, the
7        whole truth and nothing but the truth
8        so help you God?
9        THE WITNESS:  I do.
10
11  L O R I   T O L O P K A, called as a witness, having
12  been first duly sworn by a Notary Public of the State
13  of New York, was examined and testified as follows:
14       THE COURT REPORTER:  Please
15       state your full legal name and spell
16       it for the record.
17       **THE WITNESS:  Lori Tolopka.**
18       **L-o-r-i and then T-o-l-o-p-k-a.**
19       THE COURT REPORTER:  And please
20       state the city and state in which
21       you're located.
22       **THE WITNESS:  I'm in Wenatchee,**
23       **Washington.**
24       THE COURT REPORTER:  Thank you.
25       You may proceed, Counsel.

Page 6

1   DIRECT EXAMINATION
2   BY MR. FITZ:
3       Q.   Ms. Tolopka, can you please state and
4   spell your name for the record.
5       A.   Yes.  It's again Lori, L-o-r-i, and the
6   last name is Tolopka, T-o-l-o-p-k-a.
7       Q.   And do you understand that you're still
8   under oath today?
9       A.   Yes.
10      Q.   Have you ever given a deposition before?
11      A.   No.
12      Q.   If you ever cannot understand my questions
13  because of some technical issue will you let me know?
14      A.   Yes.
15      Q.   Is there anything that would inhibit you
16  from giving full and complete and truthful answers
17  today?
18      A.   No.
19      Q.   And you're represented by an attorney
20  today, correct?
21      A.   Yes.
22      Q.   Who is your lawyer?
23      A.   I -- well, sir, I don't know how to
24  pronounce the name.  Asim?
25      Q.   Asim Ghafoor is here on this deposition

Page 7

1   with us, right?
2       A.   Yes.
3       Q.   Is he your lawyer?
4       A.   Yes.
5       Q.   Is anybody else representing you?
6       A.   No.
7       Q.   When did Mr. Ghafoor become your lawyer?
8       A.   Recently.  Whenever this went through or
9   whenever I found out that I had to be a witness.
10      Q.   Did he become your lawyer this week?
11      A.   I received a call like I did from you,
12  like -- well, Jamie Malvo (phonetic) who was HR for
13  HSA reached out to me with his link on there and
14  then I had not spoken to him until this week.
15      Q.   When did Ms. Malvo reach out to you?
16      A.   I would have to say maybe -- it was by
17  a text message.  Maybe last week.  Hold on and I can
18  tell you the date.  I have no problem telling you.
19  Jamie.  Let's see.  9/24/25.
20      Q.   And what did Ms. Malvo tell you?
21      A.   She basically was just saying that,
22  "Jamie here.  There's -- Asim is cc'd.  We wanted
23  to reach out as we understand we have -- the
24  attorneys are trying to -- attempting to give you
25  -- to depose you regarding the paycheck incident

Page 8

1   person."  And then it said, "Asim would be more
2   than happy to partner with you regarding legal
3   representation."
4       Q.   Did you have any phone calls with
5   Ms. Malvo?
6       A.   Nope.
7       Q.   Have you spoken to anyone about Imani
8   Chinda's case other than Mr. Ghafoor?
9       A.   Not -- I mean way back when everything
10  -- everything happened at the beginning, but not
11  about her case, about when the debacle happened,
12  but no.
13      Q.   And that was in November of last year,
14  correct?
15      A.   I believe so.
16      Q.   Okay.  Do you have a written
17  attorney-client agreement with Mr. Ghafoor?
18      A.   No.
19      Q.   Are you paying Mr. Ghafoor for his
20  representation?
21      A.   No.
22      Q.   Do you understand that I'm Imani Chinda's
23  attorney?
24      A.   Yes.
25      Q.   Can you tell me about the debacle in

Page 9

1   November of last year?
2       A.   Sure.  During the process of HSA coming
3   in to take over for Steward Health, Steward Health
4   unfortunately was -- of course, there was yeah,
5   bankruptcy, a whole lot of issues going on with
6   multiple hospitals so unfortunately they shut down
7   our Krono System before we had our new system in
8   place, and when that happened we were unable to
9   record time appropriately, per se from the time
10  clock.
11           I mean we immediately -- I implemented
12  throughout the -- 'cause I was the director to do
13  paper timesheets as soon as we knew that the --
14  they were turning it off and we weren't sure, you
15  know, if we were gonna have our new thing in place
16  because they did it so quickly is all I can remember.
17  Didn't give us any time to put anything in -- you
18  know, like I said to put the new system in place and
19  so we had to do paper timecards.
20           The paper timecards were entered by HSA,
21  were all turned in and entered, but I'm not sure what
22  happened at that point, that crossover time that when
23  it came for people to get paid the pay was incorrect
24  and when I -- yeah, it was incorrect.
25      Q.   What was your job title at the time?

LORI TOLOPKA
OCTOBER 04, 2025

JOB NO. 2035790

Page 10

1  A.  Nursing director of women's services --
2  of all of women's services.
3  Q.  And what were your job duties as the
4  nursing director of women's services?
5  A.  Kind of hard to say.  I had multiple
6  different departments.  I oversaw NICU, I oversaw
7  labor and delivery, I oversaw the women's clinic.
8  I oversaw multiple areas, days and nightshift along
9  with supplies, you know, making sure I would handle
10 any policies or any counseling for employees.
11     I mean we had -- I had some managers
12 underneath me, but we had no manager in labor and
13 delivery so for me my focus was more on that
14 department because they had no other leadership as
15 mother/baby did, so did NICU.  I had managers in that
16 department so I kind of had more to focus in that area
17 and then the women's clinic because I still oversaw
18 everything, but I had to focus more there because I
19 was the only supervisor slash director, manager they
20 had.
21 Q.  And how long did you have that role?
22 A.  Well, let's see.  I -- let's see.  I
23 started there over in the OR, but I had the women's
24 background and then when the director left I moved
25 over there around -- sorry, I'm looking at a calendar

Page 11

1  to just kind of -- I believe like, December of --
2  no, no, no.  That's whenever I took over the main OR.
3     When this whole thing happened -- what
4  year?  What, what -- I'm trying to think about my
5  year.  Okay, so that was 1/20/25.  That was in 2024.
6  So I guess that I was -- I moved over there around
7  February is when Camra (phonetic) left, so February of
8  2024.
9     I went out on surgery in April and did
10 not return back until I had surgery, so I didn't
11 come back until July 2024, and then all of these --
12 the whole process of everything that was going on,
13 the bankruptcy was going -- you know, happening with
14 Steward Health.
15 Q.  And --
16 A.  And at that time too I was also overseeing
17 the main OR because there was no director over there
18 so I actually had all of that department as well until
19 like, when I -- before I went out on leave and when
20 I came back from leave June of 2024 they hired a
21 director.  So when I came back luckily there were
22 just things that I kind of had to bring her up to par
23 with on, on stuff, but -- so I had lots of areas.
24 Q.  How long did you hold that position?
25 A.  Which position?

Page 12

1  Q.  The director of women's services role.
2  A.  From February of 2024 and then I put in
3  my notice in April of 2025.
4  Q.  Why did the paper timesheets issue fall
5  within your purview?
6  A.  I don't know what you mean by that, but
7  like because when we found out that there was no
8  system that could record time I had to get out.  Like,
9  let's say if somebody has a missed punch, they're
10 gonna do a paper time card.  So that's kind of our
11 standard process is that we're gonna go to a paper
12 timesheet if there's something ever wrong, so which
13 we already had multiple copies in the units for that.
14    So when we found that out, I can't remember
15 if there was a meeting saying to that.  There might
16 have been a meeting per se that said, "Hey, this is
17 gonna -- I don't think we're gonna have isolve up
18 in time, let's record.  Let's make sure we're doing
19 paper timecards," and so we did.
20    As far as the -- because there was so
21 many to enter, if I can remember correctly.  They
22 had a company, HSA had a company that came in if I
23 can remember correctly that entered those manual
24 time punches.  Because again, we weren't expecting
25 that and that's a lot.  Not to mention also I had a

Page 13

1  manager that was on vacation.  So yeah, but at that
2  time too.  But that was when we knew the system was
3  being shut down, and then the new one wasn't coming
4  up.
5  Q.  You were familiar with HSA's timekeeping
6  policies, right?
7  A.  Yes.  I mean it was all again we were
8  transitioning into that so it was all new.
9  Q.  And you were familiar with HSA's meal
10 break policies, right?
11 A.  Yes.
12 Q.  And whenever the workers fill out the paper
13 timecard during the transition period, 30 minutes was
14 automatically deducted from their meal breaks, right?
15 A.  I don't -- depending -- I mean that's kind
16 of hard to say 'cause it's not -- I mean when you --
17 it is whenever you are doing your regular swipe, but
18 when you are doing -- when you're entering end time,
19 it's really gonna be dependent on how many -- you
20 know, you're gonna really have to pay attention to
21 it.  It's not something that's gonna be an automatic.
22 We have to look to see how many hours that person
23 worked and then they would have had to write in the
24 time that they went to lunch because I would still
25 expect them to say I went to lunch from 12 to 12:30.

LORI TOLOPKA
OCTOBER 04, 2025

JOB NO. 2035790

Page 14

1    Q.   Do you remember if the HSA nurses were
2  told to write down their lunches during the pay per
3  time card period?
4    A.   I honestly cannot.  I mean I would -- I
5  would think so because that's -- that's gonna be
6  again standard process of I want -- I mean like, I
7  need to know who's -- who's covering.  If I needed
8  to have some type of documentation I need to know
9  who's covering, who's -- for those patients.  If I
10 had an issue with a patient, right, so I would kind of
11 need to know who was caring for that patient so that
12 would be a standard process.
13   Q.   HSA St. Joseph implemented an automatic
14 meal break deduction policy after it transitioned
15 to isolve, right?
16   A.   Yes.  Once our system came up, yes.
17 Mm-hmm.
18   Q.   And that was the policy throughout the
19 rest of your tenure at HSA St. Joseph, correct?
20   A.   Correct.  Unless somebody did not get a
21 lunch, then they had a form.  They also had a paper
22 form to fill out.
23   Q.   And they were instructed to fill out the
24 paper form when they completely missed their lunch,
25 right?

Page 15

1    A.   Well, yes, but they had to have followed
2  certain steps that we required and which I spoke to
3  on many, many meetings of if you missed your lunch,
4  first of all, you -- let me back this up.  So the
5  goal is always that everybody gets a lunch regardless
6  because that's my main focus.  They are supposed to
7  have a chain of command to follow.  If they -- if they
8  feel like that they haven't gotten together lunch
9  they're supposed to let the charge nurse know.
10        If the charge nurse cannot relieve them
11 at that time, then they're supposed to let leadership
12 know because we want to make sure they get a lunch
13 and we will break them even if I have to come down
14 and sit at the charge nurse desk for the charge nurse
15 to cover.  So that's the process.
16        Then if for any reason that it was which we
17 had gone over multiple times, if they didn't follow
18 that process because that they should be letting
19 somebody know, "Hey, I didn't get my break," or if
20 they were so busy, but I -- there's a form that says,
21 "I didn't get it.  This is the reason why."  The
22 charge nurse has to sign it and I would have to sign
23 it because I wanted to go back and say, "Hey, I was
24 never notified.  Why would you -- Why would you take
25 not a lunch when you didn't follow your proper chain.

Page 16

1  You can't just be -- unfortunately, people will just
2  fill those out and not even follow the process.  So
3  I always like to go back and if they did, I'd meet
4  with them to find out what happened, why you didn't
5  get a break because we want everybody to get a break.
6  So I had a very standard process to make sure we
7  were following that.
8    Q.   And that policy applies when they miss
9  their meal entirely, right?
10   A.   Yes.  Mm-hmm.
11   Q.   Thank you.  I want to talk about how HSA
12 ensured quality patient care during this time period,
13 so how does HSA St. Joseph ensure its nurses provide
14 quality patient care?
15   A.   I mean I've made sure that we always had
16 enough staff.  If there was ever a time we didn't
17 myself, another leader would come in because our
18 goal is always to make sure that we have adequate
19 staffing to provide excellent care, which we -- we
20 did.
21   Q.   HSA St. Joseph nurses are expected to
22 put patient care first, right?
23   A.   Absolutely.
24   Q.   How does HSA St. Joseph ensure that a
25 patient coding is responded to promptly?

Page 17

1    A.   Oh, we have a code button that we push
2  that brings everybody, anesthesia, myself, everybody
3  runs into the room.  We also have the same thing if
4  prior to them -- if they're declining, a rapid
5  response.  Same thing, we would call rapid response
6  and everybody runs into the room, providers,
7  anesthesia, staff to make sure that the patient is
8  okay.
9    Q.   And the information about a patient coding
10 is also transmitted to the breakroom, right?
11   A.   Yes.  It's speakers, housewife.
12   Q.   And if a nurse is on their break and sees a
13 patient coding, they're expected to help, right?
14   A.   No, not at -- I mean that's hard to --
15 that's a fine line, right.  If you're not nearby I
16 mean I wouldn't expect -- if you're on your lunch
17 break I mean we have enough staff on the floor that --
18 we also don't want too many people on the ground.  So,
19 you know, that's a fine line to say that.
20        I've never -- I mean I've actually -- thank
21 goodness we don't -- I didn't see him that often so
22 that wouldn't be something that I would require.
23 That's why people that are on the floor, and we have
24 staff that are on the floor are gonna go along with
25 providers and a whole team that comes over that helps.

Page 18

1  Because you also again can't have too many people in
2  the room.
3     Q.  But HSA St. Joseph allows the information
4  about a patient coding to be transmitted to the
5  breakroom, right?
6     A.  Yeah.  I mean it's again speakers,
7  housewife, so it -- you can hear it everywhere.
8     Q.  And if there's not enough staff in the
9  particular room, then the nurse who is on break would
10 be expected to help, right?
11    A.  Again, that's -- I -- I -- I wouldn't -- if
12 they're on their -- because we have a special team
13 that does that, right, so that it comes from another
14 building.  You know, yeah, it would be good for people
15 I guess to know what's going on, but I can't speak to
16 -- you know, there's people that leave the building
17 for their lunches.  People go to the cafeteria.
18         I've never seen since I've ever worked
19 in any facility that somebody that's in the cafeteria
20 is job seven runs to a code.  Honestly, I mean unless
21 they're on the code team or they're the provider
22 maybe, but I'm not gonna see people all of a sudden
23 everybody in the cafeteria get up because they heard
24 because it plays in there as well.
25         So no, I would actually disagree with that

Page 19

1  because everybody that's eating their lunch does
2  not get up and run to a code wherever it's at in
3  the building, so that's -- yeah.
4     Q.  You stated --
5     A.  So --
6     Q.  I apologize.
7     A.  It's okay.
8     Q.  You stated that it's important for a nurse
9  to be aware of what's going on, right?
10    A.  Yeah.  I think everybody that's in the
11 unit, right, that -- now, everybody that's working in
12 the unit that's out and about I would expect my staff
13 that's working in the unit to know that's -- what's
14 happening because somebody might yell that they need
15 help and the nurse right there might be able to help.
16 When you're in a breakroom or a cafeteria again,
17 that's a little bit different in my opinion.
18    Q.  Would it be fair to notify a nurse about a
19 change in a patient's condition during their break?
20    A.  Oh, if they're going on break, I mean
21 you're supposed to give a handoff to somebody that's
22 gonna look after your patient.  That way you're
23 relieved of, you know, your duties to walk away.
24    Q.  And HSA St. Joseph is aware of when these
25 handoffs occur, right?

Page 20

1     A.  I -- I -- I'm not sure what you're asking.
2  Like the hospital in general?
3     Q.  Yes.  How do you know that the handoff
4  occurs?
5     A.  I mean it would be the nurse -- I mean the
6  charge nurse.  The -- you know, it would another shack
7  that we're taking over again.  That's not something
8  that like if somebody -- I'll put it like this.  If
9  I'm the director I'm not expecting everybody to tell
10 me because that's -- I would oversee over 200 people,
11 so.
12    Q.  Do you remember Imani Chinda?
13    A.  I know of her, yes.  Never met --
14    Q.  Have you ever --
15    A.  -- her.
16    Q.  Have you ever spoken with her?
17    A.  Yes.
18    Q.  Do you recall Ms. Chinda complaining
19 about HSA St. Joseph's failure to pay her paycheck?
20    A.  When the debacle happened there was --
21 I received multiple phone calls and one of those
22 that happened to be -- when I received it, it was -- I
23 want to say a day after from her and she called me.
24 My husband happened to be next to me, and she said
25 that her paycheck was incorrect, and I said, well,

Page 21

1  we're trying to fix it out.  There's several people's
2  checks that are incorrect and we're in the process
3  of getting that taken care of.  So I can -- yes.
4     Q.  What happened next?
5     A.  The next thing was that I kind of -- 'cause
6  for her department she had a manager so I don't -- I
7  can't speak to, you know, what she did, how she went
8  about it.  I just can only speak to her phone call
9  to me and for me I had a generalized statement that
10 I needed everybody to send me an email of what was
11 wrong 'cause there was no way I could keep up again
12 with 200 plus employees of not knowing whose checks
13 were incorrect or wrong or right.
14        So for me the easiest way was I had asked
15 that an email be sent with what was wrong in their
16 paycheck so that way I could -- we can go back and
17 start sorting through of what happened and that's
18 what I had to ask.  If I can remember correctly, I
19 think I'm sure I probably told Imani the same thing,
20 that I needed to know what was wrong because I'll
21 say this, my priority was if somebody didn't get a
22 check at all and they got -- this is kind of how we
23 prioritized it.  If somebody didn't get a check at
24 all, those were the first people that we needed to
25 get taken care of.

Page 22

1         The people that got a 50 percent or you
2 know, 25 percent, those would be next. Fifty percent,
3 75 percent as fastly as we could, but to me that
4 was kind of like the direction of what I wanted to
5 hurry up and help with first. And so I spent multiple
6 -- I mean at 5:00 in the morning until midnight to
7 help because now we had to go back and enter time.
8 And that's what -- and that was really my only
9 conversation with Imani because she was extremely
10 frustrated and rude and I wanted to make sure that I
11 get out of this communicating the same thing to
12 everyone.
13    Q.   Did you communicate Ms. Chinda's complaint
14 to anyone else at HSA St. Joseph?
15    A.   I would say yes. I don't know about her's
16 in particular because it was everybody's. Everybody
17 that sent me an email, I -- I'm trying to think of
18 the wording. I escalated to my superiors, you know,
19 and that's when we started prioritizing of looking
20 at who, you know, again who should we work on first
21 because Imani had received money, but I didn't -- I
22 didn't tell -- no. Go ahead. Sorry.
23    Q.   You prioritized the individuals who did
24 not receive any money, right?
25    A.   Yes.

Page 23

1    Q.   Okay. Were you involved in the decision to
2 terminate Ms. Chinda?
3    A.   I was not. I mean I was involved in the
4 things that I know was written on Facebook which were
5 untruthful things because of what she had written
6 all over Facebook. People from all over were sending
7 me screen shots because it had her name attached to
8 it, so I was aware of the unfortunate things that
9 she was saying on Facebook. And I did share that
10 with my HR director, but she was -- she had already
11 known this as well because people had already taken
12 it to her.
13    Q.   Was it your role to investigate this
14 Facebook post?
15    A.   It was not my role to investigate. It
16 was just me sharing with HR the things that were
17 being said to me and everything that was -- you know,
18 again, other people that were staffed at the company
19 that were seeing that, that had shared so I had shared
20 it as well with my HR director who I felt -- 'cause
21 I did not feel that I needed to discuss that with
22 anyone else. Even if staff were sending that to me, I
23 told them, thank you, you know, like, that's it from
24 here. And then I wanted to share with HR.
25    Q.   Human resources was responsible for

Page 24

1 investigating Ms. Chinda's termination, right?
2    A.   Yes.
3    Q.   Do you know if Ms. Chinda was disciplined?
4    A.   I cannot speak to that.
5    Q.   You agree she was terminated, right?
6    A.   As far as I know, I don't think that she
7 was a traveler. I don't think that she was asked to
8 return, but I don't know. I never got like, "Hey,
9 this is the date. This is what definitely happened"
10 because that wasn't discussed with me.
11    Q.   Do you know if human resources conducted
12 any investigation into the allegations against
13 Ms. Chinda in November of 2024?
14    A.   Say that one more time, sorry.
15    Q.   Do you know if HR conducted any
16 investigation related to Ms. Chinda in November of
17 2024?
18    A.   I mean I believe so because -- but then
19 again, I'm not HR so I can't -- I can't speak to what
20 they did.
21    Q.   I want to focus on what you know and if
22 your answer is I don't know or I don't remember, then
23 that's perfectly fine, okay?
24    A.   Okay.
25    Q.   Do you believe HR conducted an

Page 25

1 investigation because that's what HR typically
2 does?
3    A.   Correct, that's what they would do. They
4 would look into that if there was any issues or yes,
5 that's -- that's what a standard process would be from
6 human resources.
7    Q.   And the standard human resources
8 investigation is documented, correct?
9    A.   Yes, I would -- I would assume so.
10    Q.   And the outcome of the human resources
11 investigation is shared with the employee in writing,
12 right?
13    A.   I can't -- again, I'm not HR so I can't
14 say. I mean I've had an employee that has been
15 terminated that never came back in so that had to
16 be done over the phone so I can't say what -- if they
17 did something in writing. I mean I can't speak to
18 their process.
19       I can only speak to if I terminate somebody
20 in my department and I have human resources with me
21 and then we ask them to sign this. Somebody can
22 refuse to sign something too, so I can't speak to what
23 HR would do. That seems like a standard process
24 normally, but I don't know and every situation is
25 gonna be a little bit different.

Page 26

1    Q.   And so the honest answer is you don't
2  know whether an investigation was conducted by HR
3  into Ms. Chinda, right?
4    A.   No.  I -- I -- I'm certain that -- well, I
5  mean I'm not gonna -- I know that it was being looked
6  at because Jamie told me or HR told me that they were
7  taking care of that because that's concerning.  There
8  were concerning things that were said on there, and
9  I was also aware of another employee that was -- Imani
10 was mistreating in the unit as well from some of that
11 stuff, so I'm aware that conversation that also was
12 forwarded to HR, not by me, but by the manager.
13   Q.   And this mistreatment was an incident
14 that occurred in the family birthing center, right?
15   A.   Yes.
16   Q.   Do you know when that occurred?
17   A.   No.
18   Q.   Do you know what happened in the family
19 birthing center related to Ms. Chinda and alleged
20 mistreatment?
21   A.   No, because I can't -- I mean I feel like I
22 remember them telling me a little bit about it, but
23 I've had lots of other things take place since then.
24   Q.   You weren't there, right?
25   A.   I was not there, no.

Page 27

1    Q.   You didn't hear anything that Ms. Chinda
2  said, right?
3    A.   No.  That was between her and another
4  employee -- employee or employees if I can remember
5  correctly, but no, I was not there.
6    Q.   What do you remember hearing about what
7  happened with Ms. Chinda in the family birthing
8  center?
9    A.   Again, I can't remember everything.  I
10 think that she was maybe being ugly to the charge
11 nurse maybe and her staff members, but I can't -- I
12 don't -- I cannot fully remember exactly what took
13 place.
14   Q.   Do you remember who told you about this?
15   A.   It was Emily who's the -- who was the
16 interim manager at the time and I believe the charge
17 nurse and honestly I can't -- I can't even remember
18 the charge nurse's name because it's been a year ago
19 and there's multiple -- multiple people that I work
20 with, so maybe Lisa or something.  I can't remember
21 the charge nurse's name.
22   Q.   Are you referring to Emily Manning?
23   A.   Emily was the interim manager, but it -- I
24 don't -- I mean this didn't happen with her.  This
25 actually happened with another nurse on the unit,

Page 28

1  but I can't remember the other nurse's name who was
2  involved.
3    Q.   So it's your understanding that Emily
4  Manning was not present in the family birthing center
5  when the incident with Chinda occurred, right?
6    A.   I can't speak to that because I don't
7  know if she heard it or was there or not.  I can't
8  -- I can't speak to that, and I can't remember.  Don't
9  -- this didn't happen with her.
10   Q.   Do you know if the other nurse you
11 mentioned, Lisa was there in family birthing center?
12   A.   The other nurse it happened with if I
13 can remember the correct name, that happened with
14 her so she would have been there.
15   Q.   But is that Lisa that you're referring
16 to?
17   A.   Again, I don't know if that's the correct
18 name, but it's the nurse -- the charge nurse that was
19 involved with Imani, but I don't -- I don't remember
20 what her name was.
21   Q.   If I said the name Lisa McCorkle
22 (phonetic), would that refresh your recollection?
23   A.   I mean I thought her name was Lisa, but
24 again I'm not sure.  I don't remember.  I know that
25 she provided a written statement at one point and

Page 29

1  that -- that was given to HR.  I remember that whoever
2  the nurse was that was involved I believe it was Lisa.
3    Q.   How do you know that somebody provided
4  a written statement?
5    A.   Because when all the -- the stuff was
6  happening within the Facebook that was up at the same
7  time so I remember things were being shared with HR
8  so that they were knowing, you know, what was
9  happening as far as the post like I said and Jamie
10 was already aware, and then I know that there were
11 issues on the unit.
12        So my -- one of the things that I always
13 do, I've tried to always get things in writing, a
14 standard process that I've tried to teach my managers,
15 supervisors.  You know, anytime I speak with somebody,
16 anytime you do anything, try to write it down, try
17 to get a written statement, so I believe that she had
18 written a written and that was turned over to HR.
19   Q.   And just to be clear for the record, you
20 believe the nurse who was in the family birthing
21 center with Ms. Chinda submitted a written statement,
22 correct?
23   A.   Yes.
24   Q.   You didn't submit a statement, right?
25   A.   I did -- I did not submit a written

Page 30

1  statement of anything other than I would put emails
2  of the things that were going on because it was so
3  many I would get it, print it, Prime timecards.
4  That's kind of what was my process.
5      Q.   What do you remember about the Facebook
6  posts?
7      A.   Well, I kept them on my phone for quite
8  a long time and I think I finally deleted them but
9  it was on a nursing group that was like a -- where
10 people go to when they're trying to hire -- kind of
11 like a community nursing page where a lot of times
12 where people are looking for a job, you know, they'll
13 post positions on there or, you know, ask how this
14 company is or the culture of this company.
15          And I remember that she wrote on there
16 that immediately something about not getting paid
17 or can you believe that the company -- you know, but
18 it also started talking about the director and manager
19 and so that was the part that I screen shot 'cause
20 there was misinformation in there because she had
21 never come to me except the phone call after the
22 fact.
23          But what she wrote on there were
24 unfortunately untrue information so that's why when
25 I saw it I screen shotted it because that was a lie

Page 31

1  and I'm very funny about my character and my role,
2  so.  But it was just a lot of bad mouthing about
3  St. Joseph's, but I didn't respond or anything.  I
4  just screen shotted it because it was all a lie.
5  People started saying, "Call the news.  Get a lawyer."
6  And then the news showed up, so obviously, you know, I
7  felt like, you know, that was some of the aftermath
8  of that everything that was shared on that post.
9      Q.   One component of the post stated that
10 Ms. Chinda did not receive her paycheck, right?
11     A.   I believe so, but the problem even with
12 that was that she did receive the paycheck because
13 people did -- people -- the majority of the people
14 received a paycheck, it was incorrect.  There were
15 a few people that did not.  It was very wrong, but
16 she was not one of those who -- that was another issue
17 that I had with her because she wrote on there that
18 she did not get paid at all like, she was never paid,
19 but she was.  So that was also I found it a little
20 bit offending because she -- if you want to share
21 information, share accurate information.
22     Q.   Okay, and so do you remember if the post
23 said, "I haven't been paid at all" or "I haven't
24 been paid for one of my work weeks"?
25     A.   It said she had not got a check if I

Page 32

1  remember correctly.  It didn't say anything about
2  that she had been paid for one of her weeks.  It said
3  she -- she made it seem like, "Can you believe I
4  didn't get paid at all?"  And then the way it was
5  transpired into the post to other people to see from
6  the surrounding area was like people just didn't get a
7  check at all, and that was upsetting to me because
8  that was not telling the truth.
9      Q.   And your testimony is that Ms. Chinda did
10 not call you to complain till after the Facebook post
11 was made, right?
12     A.   Correct.
13     Q.   Do you know if Ms. Chinda had complained to
14 anybody else at that time?
15     A.   I had -- I do not.  I feel like I asked
16 Emily when I saw that post and she had come to her
17 and because she had -- because I saw that post and
18 she had not come to me and that's why I was like,
19 "What is -- what are we talking about because you
20 didn't -- you know, you didn't -- it wasn't till
21 after the fact that I explained what had -- what
22 was taking place and what we were doing to correct
23 it."
24     Q.   Did Emily tell you whether or not
25 Ms. Chinda had complained to her?

Page 33

1      A.   I can't -- I can't remember the full
2  conver -- I can't remember.  I mean I feel like --
3  I want to say I feel like that she had reached out
4  to Emily for something prior because I feel like
5  Emily also was in the same boat as me where she had
6  not talked to her, but I can't -- I don't remember.
7  I feel like there was something else maybe that had
8  happened prior to this that she had spoken to her
9  about, but I can't fully remember.
10     Q.   So is the honest answer that you don't
11 remember whether Ms. Chinda complained to Emily
12 Manning or not?
13     A.   Yes.
14     Q.   Do you know if Ms. Chinda complained to
15 anyone else at HSA St. Joseph?
16     A.   Not that I'm aware of because that would
17 have been -- I would have -- it would have -- I feel
18 like it would have come to me because again, we have a
19 process to follow so it was to go I got an email,
20 staple it to the timecard so I can go back and look
21 at it, so it wasn't until I spoke to her after the
22 fact that I immediately worked on her stuff along
23 with everybody else.  I mean I put it in my pile of
24 where are we at, you know, what's again my priority
25 where we are.  So that's how it was handled.

LORI TOLOPKA
OCTOBER 04, 2025

JOB NO. 2035790

Page 34

1   Q.   So is the honest answer that you're not
2   sure whether Ms. Chinda complained to anybody else,
3   but you believe the process states that she should
4   complain to you?
5   A.   Right.  I didn't believe that she
6   complained to anybody else.
7   Q.   You're not sure, right?
8   A.   Yeah, I'm not sure, but I -- yeah, I'll
9   just say I'm not sure.
10  Q.   This process, is it a policy that's in
11  writing?
12  A.   No, 'cause this was an unexpected issue.
13  I mean there's a policy in writing for if we have
14  timecard issues, right, that we would go to a paper
15  timecard, but for an event like this, the entire
16  hospital was having to do this, I can't speak to.  I
17  tried to handle it for my department the best.
18  Everybody I think would do it a little bit differently
19  and I tried to handle it the best way that I could
20  which was I couldn't get 20 million phone calls
21  because there was no way that I could keep up with
22  that.  So I felt like send me an email, I would go to
23  my email, print the email, go get their timecard and
24  then work on it and that was it and that was -- that
25  was for everywhere.  I mean that's actually how I told

Page 35

1   everybody in my women's are to do it because it made
2   more sense.  And again, I had a manager that was on
3   vacation so I also -- so all I had was myself, Emily
4   and the supervisor from the women's clinic helping me
5   and that was it.
6   Q.   Who was the manager on vacation?
7   A.   Angela.  She was the NICU manager.  Angela
8   -- oh my gosh, this is horrible.  I think it's Her,
9   Herma -- I think it starts with an H.
10  Q.   And you don't know whether Ms. Chinda
11  complained to Angela, right?
12  A.   No, she would not have because she was
13  gone on vacation.  And she's the NICU manager so
14  Imani wouldn't go to a NICU manager for something
15  in that area.
16  Q.   Why not?
17  A.   'Cause she's over the NICU and that's a
18  different department.  So she would go up to Emily
19  and myself.
20  Q.   Which department was Ms. Chinda in?
21  A.   Mother baby.
22  Q.   And can you tell me about the circumstances
23  of your departure from HSA St. Joseph?
24  A.   Me leaving?
25  Q.   Yes.

Page 36

1   A.   Yes.  I put in a 30-day notice and they
2   asked me to leave the data up.
3   Q.   When was this?
4   A.   Can I -- I keep a folder usually when I
5   turn in a termination or anything, so let me -- it
6   was -- let's see.  I don't know the exact date that
7   -- it was -- it was -- actually, it would have been
8   in March because my 30 days would have been in
9   April, so I can't tell you the exact date.  I usually
10  keep a copy of everything in my records in case I
11  ever need to refer to it.  Yeah, I don't -- I don't
12  -- I don't have it.
13  Q.   Is it safe to say that your departure
14  was in March 2025?
15  A.   Yes.
16  Q.   And where did you begin working after
17  that?
18  A.   Actually I feel like it might have been
19  April 2nd.  I don't know.  It was somewhere right
20  in there.
21  Q.   To clarify for the record, your
22  departure from HSA St. Joseph was either in late
23  March of early April 2025, right?
24  A.   Yes.  That would be the easiest.  I
25  mean I could probably go through my phone and find

Page 37

1   it, but yes.
2   Q.   Great.  And what did you do next in your
3   career?
4   A.   I was not expecting that to happen so I
5   took a travel position as a leader in a town here
6   in Washington.
7   Q.   Who is your current employer?
8   A.   The East Smith.
9   Q.   And is it a particular facility?
10  A.   The East Smith is like a nationwide for
11  travel contracts.
12  Q.   And which hospital were you assigned to?
13  A.   Confluence Health.
14  Q.   Located where?
15  A.   Wenatchee, Washington.
16  Q.   And what is your current job title?
17  A.   Director of women's services, interim
18  director of women's services and pediatrics.
19  Q.   Thank you.  Is there anything that
20  you'd like to add or clarify to your testimony
21  today?
22  A.   No.
23       MR. FITZ:  Thank you for your
24    time this morning and I'll pass the
25    witness.

Page 38

1   MR. GHAFOOR:  This is the
2   attorney for the witness.  I have no
3   questions for re-direct.
4       THE COURT REPORTER:  Does the
5   witness want to review and sign the
6   transcript or would you like to waive
7   that and keep it as is?
8       **THE WITNESS:  No.  I'll waive**
9   **it and keep it as is.**
10      THE COURT REPORTER:  Counsel,
11  Ghafoor, would you like a copy of the
12  transcript?
13      MR. GHAFOOR:  Yes, please.
14      MR. FITZ:  I would like E-tran
15  please.
16      THE COURT REPORTER:  Sure.
17  Thank you.
18      (Whereupon, at 11:02 a.m., the
19  Examination of this witness was
20  concluded.)
21
22
23
24
25

Page 39

1           E X H I B I T S
2
3   PLAINTIFF'S EXHIBITS
4
    EXHIBIT     EXHIBIT                 PAGE
5   NUMBER      DESCRIPTION
6           (None)
7
8
9           I N D E X
10
11  DIRECT EXAMINATION                  PAGE
12  BY MR. FITZ                          6
13
14  CROSS-EXAMINATION
15  BY MR. GHAFOOR                       38
16
17
18  INFORMATION AND/OR DOCUMENTS REQUESTED
19  INFORMATION AND/OR DOCUMENTS        PAGE
20          (None)
21
22
23      QUESTIONS MARKED FOR RULINGS
24  PAGE LINE    QUESTION
25          (None)

Page 40

1           CERTIFICATE OF REPORTER
2
3       I, DARA SANOFF, do hereby declare:
4
5       That prior to being examined, the witness named in the foregoing deposition was by me duly sworn pursuant to Section 30(f)(1) of the Federal Rules of
6   Civil Procedure and the deposition is a true record of the testimony given by the witness.
7
8       That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to text under my direction.
9
10  _____  That the witness requested to review the Transcript and make any changes to the transcript as a result of that review
11          pursuant to Section 30(e) of the Federal Rules of Civil Procedure.
12
13  _____  Signature is waived.
         _____  The changes made by the witness are appended
14          to the transcript.
15  _____  No request was made that the transcript be Reviewed pursuant to Section 30(e) of the
16          Federal Rules of Civil Procedure.
17      I further declare that I have no interest in the event or the action.
18
19      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
20
21      Witness my hand this 21st day of October 2025.
22
23
24  _____
25      DARA SANOFF

Page 41

1           C E R T I F I C A T E
2
    STATE OF NEW YORK     )
3                         : SS.:
    COUNTY OF RICHMOND    )
4
5       I, DARA SANOFF, a Notary Public for
6   and within the State of New York, do hereby
7   certify:
8       That the witness whose examination is
9   hereinbefore set forth was duly sworn and
10  that such examination is a true record of
11  the testimony given by that witness.
12      I further certify that I am not
13  related to any of the parties to this
14  action by blood or by marriage and that I
15  am in no way interested in the outcome of
16  this matter.
17      IN WITNESS WHEREOF, I have hereunto
18  set my hand this 21st day of October 2025.
19
20
21  _____
22          DARA SANOFF
23
24
25

Page 42

```
 1            ACKNOWLEDGEMENT OF DEPONENT
 2
 3       I, _____, do hereby acknowledge that
 4  I have read and examined the foregoing testimony, and
 5  the same is a true, correct and accurate
 6  transcription of the testimony given by me, and any
 7  corrections appear on the attached errata sheet
 8  signed by me.
 9
10
11  _____   _____
12     (DATE)                (SIGNATURE)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 43

```
 1  ERRATA SHEET
    CHANGES IN TESTIMONY
 2  IMANI CHINDA v HSA ST. JOSEPH LLC.
    Lori Tolopka
 3  October 04, 2025
 4  Page  Line   From                   To
 5  _____
 6  _____
 7  _____
 8  _____
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23
24  SIGNATURE:_____DATE:_____
25           Lori Tolopka
```

**1**

**1/20/25** 11:5
**11:02** 38:18
**12** 13:25
**12:30** 13:25

**2**

**20** 34:20
**200** 20:10 21:12
**2024** 11:5,8,11,20 12:2 24:13,17
**2025** 12:3 36:14,23
**25** 22:2
**2nd** 36:19

**3**

**30** 13:13 36:8
**30-day** 36:1

**5**

**50** 22:1
**5:00** 22:6

**7**

**75** 22:3

**9**

**9/24/25** 7:19

**A**

**a.m.** 38:18
**Absolutely** 16:23
**accurate** 31:21
**add** 37:20
**adequate** 16:18
**aftermath** 31:7
**agree** 24:5
**agreement** 8:17
**ahead** 22:22
**allegations** 24:12
**alleged** 26:19
**anesthesia** 17:2,7
**Angela** 35:7,11
**answers** 6:16
**anytime** 29:15,16
**apologize** 19:6
**applies** 16:8
**appropriately** 9:9
**April** 11:9 12:3 36:9,19,23
**area** 10:16 32:6 35:15
**areas** 10:8 11:23
**Asim** 6:24,25 7:22 8:1
**assigned** 37:12
**assume** 25:9
**attached** 23:7
**attempting** 7:24
**attention** 13:20
**attorney** 6:19 8:23 38:2
**attorney-client** 8:17
**attorneys** 7:24
**automatic** 13:21 14:13
**automatically** 13:14
**aware** 19:9,24 23:8 26:9,11 29:10 33:16

**B**

**baby** 35:21
**back** 8:9 11:10,11,20,21 15:4,23 16:3 21:16 22:7 25:15 33:20
**background** 10:24
**bad** 31:2
**bankruptcy** 9:5 11:13
**basically** 7:21
**begin** 36:16
**beginning** 8:10
**birthing** 26:14,19 27:7 28:4,11 29:20
**bit** 19:17 25:25 26:22 31:20 34:18
**boat** 33:5
**break** 13:10 14:14 15:13,19 16:5 17:12,17 18:9 19:19,20
**breakroom** 17:10 18:5 19:16
**breaks** 13:14
**bring** 11:22
**brings** 17:2
**building** 18:14,16 19:3
**busy** 15:20
**button** 17:1

**C**

**cafeteria** 18:17,19,23 19:16
**calendar** 10:25
**call** 7:11 17:5 21:8 30:21 31:5 32:10
**called** 5:11 20:23
**calls** 8:4 20:21 34:20
**Camra** 11:7
**card** 12:10 14:3
**care** 16:12,14,19,22 21:3,25 26:7
**career** 37:3
**caring** 14:11
**case** 8:8,11 36:10
**cc'd** 7:22
**center** 26:14,19 27:8 28:4,11 29:21
**chain** 15:7,25
**change** 19:19
**character** 31:1
**charge** 15:9,10,14,22 20:6 27:10,16,18,21 28:18
**check** 21:22,23 31:25 32:7
**checks** 21:2,12
**Chinda** 20:12,18 23:2 24:3,13,16 26:3,19 27:1,7 28:5 29:21 31:10 32:9,13,25 33:11,14 34:2 35:10,20
**Chinda's** 8:8,22 22:13 24:1
**circumstances** 35:22
**city** 5:20
**clarify** 36:21 37:20
**clear** 29:19
**clinic** 10:7,17 35:4
**clock** 9:10
**code** 17:1 18:20,21 19:2
**coding** 16:25 17:9,13 18:4
**command** 15:7
**communicate** 22:13
**communicating** 22:11
**community** 30:11
**company** 12:22 23:18 30:14,17
**complain** 32:10 34:4
**complained** 32:13,25 33:11,14 34:2,6 35:11
**complaining** 20:18
**complaint** 22:13
**complete** 6:16
**completely** 14:24
**Complied** 5:3

**component** 31:9
**concluded** 38:20
**condition** 19:19
**conducted** 24:11,15,25 26:2
**Confluence** 37:13
**contracts** 37:11
**conver** 33:2
**conversation** 22:9 26:11
**copies** 12:13
**copy** 36:10 38:11
**correct** 6:20 8:14 14:19, 20 25:3,8 28:13,17 29:22 32:12,22
**correctly** 12:21,23 21:18 27:5 32:1
**Counsel** 5:25 38:10
**counseling** 10:10
**COURT** 5:1,4,14,19,24 38:4,10,16
**cover** 15:15
**covering** 14:7,9
**crossover** 9:22
**culture** 30:14
**current** 37:7,16

---

### D

**data** 36:2
**date** 7:18 24:9 36:6,9
**day** 20:23
**days** 10:8 36:8
**debacle** 8:11,25 20:20
**December** 11:1
**decision** 23:1
**declining** 17:4
**deducted** 13:14
**deduction** 14:14

**deleted** 30:8
**delivery** 10:7,13
**department** 10:14,16 11:18 21:6 25:20 34:17 35:18,20
**departments** 10:6
**departure** 35:23 36:13, 22
**dependent** 13:19
**depending** 13:15
**depose** 7:25
**deposition** 6:10,25
**desk** 15:14
**differently** 34:18
**DIRECT** 6:1
**direction** 22:4
**director** 9:12 10:1,4,19, 24 11:17,21 12:1 20:9 23:10,20 30:18 37:17,18
**disagree** 18:25
**disciplined** 24:3
**discuss** 23:21
**discussed** 24:10
**documentation** 14:8
**documented** 25:8
**duly** 5:12
**duties** 10:3 19:23

---

### E

**E-TRAN** 38:14
**early** 36:23
**easiest** 21:14 36:24
**East** 37:8,10
**eating** 19:1
**email** 21:10,15 22:17 33:19 34:22,23
**emails** 30:1
**Emily** 27:15,22,23 28:3 32:16,24 33:4,5,11 35:3,18

**employee** 25:11,14 26:9 27:4
**employees** 10:10 21:12 27:4
**employer** 37:7
**end** 13:18
**ensure** 16:13,24
**ensured** 16:12
**enter** 12:21 22:7
**entered** 9:20,21 12:23
**entering** 13:18
**entire** 34:15
**escalated** 22:18
**event** 34:15
**everybody's** 22:16
**exact** 36:6,9
**Examination** 6:1 38:19
**examined** 5:13
**excellent** 16:19
**expect** 13:25 17:16 19:12
**expected** 16:21 17:13 18:10
**expecting** 12:24 20:9 37:4
**explained** 32:21
**extremely** 22:9

---

### F

**Facebook** 23:4,6,9,14 29:6 30:5 32:10
**facility** 18:19 37:9
**fact** 30:22 32:21 33:22
**failure** 20:19
**fair** 19:18
**fall** 12:4
**familiar** 13:5,9
**family** 26:14,18 27:7 28:4,11 29:20

**fastly** 22:3
**February** 11:7 12:2
**feel** 15:8 23:21 26:21 32:15 33:2,3,4,7,17 36:18
**felt** 23:20 31:7 34:22
**Fifty** 22:2
**fill** 13:12 14:22,23 16:2
**finally** 30:8
**find** 16:4 36:25
**fine** 17:15,19 24:23
**FITZ** 6:2 37:23 38:14
**fix** 21:1
**floor** 17:17,23,24
**focus** 10:13,16,18 15:6 24:21
**folder** 36:4
**follow** 15:7,17,25 16:2 33:19
**form** 14:21,22,24 15:20
**forwarded** 26:12
**found** 7:9 12:7,14 31:19
**frustrated** 22:10
**full** 5:15 6:16 33:1
**fully** 27:12 33:9
**funny** 31:1

---

### G

**general** 20:2
**generalized** 21:9
**Ghafoor** 6:25 7:7 8:8,17, 19 38:1,11,13
**give** 5:6 7:24 9:17 19:21
**giving** 6:16
**goal** 15:5 16:18
**God** 5:8
**good** 18:14
**goodness** 17:21

gosh 35:8
Great 37:2
ground 17:18
group 30:9
guess 11:6 18:15

### H

hand 5:2
handle 10:9 34:17,19
handled 33:25
handoff 19:21 20:3
handoffs 19:25
happen 27:24 28:9 37:4
happened 8:10,11 9:8, 22 11:3 16:4 20:20,22,24 21:4,17 24:9 26:18 27:7,25 28:12,13 33:8
happening 11:13 19:14 29:6,9
happy 8:2
hard 10:5 13:16 17:14
Health 9:3 11:14 37:13
hear 18:7 27:1
heard 18:23 28:7
hearing 27:6
helping 35:4
helps 17:25
Herma 35:9
Hey 12:16 15:19,23 24:8
hire 30:10
hired 11:20
hold 7:17 11:24
honest 26:1 33:10 34:1
honestly 14:4 18:20 27:17
horrible 35:8
hospital 20:2 34:16 37:12

hospitals 9:6
hours 13:22
housewife 17:11 18:7
HR 7:12 23:10,16,20,24 24:15,19,25 25:1,13,23 26:2,6,12 29:1,7,18
HSA 7:13 9:2,20 12:22 14:1,13,19 16:11,13,21,24 18:3 19:24 20:19 22:14 33:15 35:23 36:22
HSA's 13:5,9
human 23:25 24:11 25:6, 7,10,20
hurry 22:5
husband 20:24

### I

Imani 8:7,22 20:12 21:19 22:9,21 26:9 28:19 35:14
immediately 9:11 30:16 33:22
implemented 9:11 14:13
important 19:8
incident 7:25 26:13 28:5
incorrect 9:23,24 20:25 21:2,13 31:14
individuals 22:23
information 17:9 18:3 30:24 31:21
inhibit 6:15
instructed 14:23
interim 27:16,23 37:17
investigate 23:13,15
investigating 24:1
investigation 24:12,16 25:1,8,11 26:2
involved 23:1,3 28:2,19 29:2
isolve 12:17 14:15

issue 6:13 12:4 14:10 31:16 34:12
issues 9:5 25:4 29:11 34:14

### J

Jamie 7:12,19,22 26:6 29:9
job 9:25 10:3 18:20 30:12 37:16
Joseph 14:13,19 16:13, 21,24 18:3 19:24 22:14 33:15 35:23 36:22
Joseph's 20:19 31:3
July 11:11
June 11:20

### K

kind 10:5,16 11:1,22 12:10 13:15 14:10 21:5,22 22:4 30:4,10
knew 9:13 13:2
knowing 21:12 29:8
Krono 9:7

### L

L-O-R-I 5:18 6:5
labor 10:7,12
late 36:22
lawyer 6:22 7:3,7,10 31:5
leader 16:17 37:5
leadership 10:14 15:11
leave 11:19,20 18:16 36:2
leaving 35:24
left 10:24 11:7
legal 5:15 8:2
letting 15:18
lie 30:25 31:4

link 7:13
Lisa 27:20 28:11,15,21,23 29:2
located 5:21 37:14
long 10:21 11:24 30:8
looked 26:5
Lori 5:17 6:5
lot 9:5 12:25 30:11 31:2
lots 11:23 26:23
luckily 11:21
lunch 13:24,25 14:21,24 15:3,5,8,12,25 17:16 19:1
lunches 14:2 18:17

### M

made 16:15 32:3,11 35:1
main 11:2,17 15:6
majority 31:13
make 12:18 15:12 16:6, 18 17:7 22:10
making 10:9
Malvo 7:12,15,20 8:5
manager 10:12,19 13:1 21:6 26:12 27:16,23 30:18 35:2,6,7,13,14
managers 10:11,15 29:14
Manning 27:22 28:4 33:12
manual 12:23
March 36:8,14,23
Mccorkle 28:21
meal 13:9,14 14:14 16:9
meet 16:3
meeting 12:15,16
meetings 15:3
members 27:11
mention 12:25

**mentioned** 28:11
**message** 7:17
**met** 20:13
**midnight** 22:6
**million** 34:20
**minutes** 13:13
**misinformation** 30:20
**missed** 12:9 14:24 15:3
**mistreating** 26:10
**mistreatment** 26:13, 20
**Mm-hmm** 14:17 16:10
**money** 22:21,24
**morning** 22:6 37:24
**Mother** 35:21
**mother/baby** 10:15
**mouthing** 31:2
**moved** 10:24 11:6
**multiple** 9:6 10:5,8 12:13 15:17 20:21 22:5 27:19

---

**N**

**nationwide** 37:10
**nearby** 17:15
**needed** 14:7 21:10,20,24 23:21
**news** 31:5,6
**NICU** 10:6,15 35:7,13,14, 17
**nightshift** 10:8
**Notary** 5:12
**notice** 12:3 36:1
**notified** 15:24
**notify** 19:18
**November** 8:13 9:1 24:13,16
**nurse** 15:9,10,14,22 17:12 18:9 19:8,15,18 20:5,6 27:11,17,25 28:10, 12,18 29:2,20
**nurse's** 27:18,21 28:1
**nurses** 14:1 16:13,21
**nursing** 10:1,4 30:9,11

---

**O**

**oath** 6:8
**occur** 19:25
**occurred** 26:14,16 28:5
**occurs** 20:4
**offending** 31:20
**opinion** 19:17
**outcome** 25:10
**oversaw** 10:6,7,8,17
**oversee** 20:10
**overseeing** 11:16

---

**P**

**paid** 9:23 30:16 31:18,23, 24 32:2,4
**paper** 9:13,19,20 12:4,10, 11,19 13:12 14:21,24 34:14
**par** 11:22
**part** 30:19
**partner** 8:2
**pass** 37:24
**patient** 14:10,11 16:12, 14,22,25 17:7,9,13 18:4 19:22
**patient's** 19:19
**patients** 14:9
**pay** 9:23 13:20 14:2 20:19
**paycheck** 7:25 20:19,25 21:16 31:10,12,14
**paying** 8:19
**pediatrics** 37:18
**people** 9:23 16:1 17:18, 23 18:1,14,16,17,22 20:10 21:24 22:1 23:6,11,18 27:19 30:10,12 31:5,13,15 32:5,6
**people's** 21:1
**percent** 22:1,2,3
**perfectly** 24:23
**period** 13:13 14:3 16:12
**person** 8:1 13:22
**phone** 8:4 20:21 21:8 25:16 30:7,21 34:20 36:25
**phonetic** 7:12 11:7 28:22
**pile** 33:23
**place** 9:8,15,18 26:23 27:13 32:22
**plays** 18:24
**point** 9:22 28:25
**policies** 10:10 13:6,10
**policy** 14:14,18 16:8 34:10,13
**position** 11:24,25 37:5
**positions** 30:13
**post** 23:14 29:9 30:13 31:8,9,22 32:5,10,16,17
**posts** 30:6
**present** 28:4
**Prime** 30:3
**print** 30:3 34:23
**prior** 17:4 33:4,8
**prioritized** 21:23 22:23
**prioritizing** 22:19
**priority** 21:21 33:24
**problem** 7:18 31:11
**proceed** 5:25
**process** 9:2 11:12 12:11 14:6,12 15:15,18 16:2,6 21:2 25:5,18,23 29:14 30:4 33:19 34:3,10
**promptly** 16:25
**pronounce** 6:24
**proper** 15:25
**provide** 16:13,19
**provided** 28:25 29:3
**provider** 18:21
**providers** 17:6,25
**Public** 5:12
**punch** 12:9
**punches** 12:24
**purview** 12:5
**push** 17:1
**put** 9:17,18 12:2 16:22 20:8 30:1 33:23 36:1

---

**Q**

**quality** 16:12,14
**questions** 6:12 38:3
**quickly** 9:16

---

**R**

**raise** 5:2
**rapid** 17:4,5
**re-direct** 38:3
**reach** 7:15,23
**reached** 7:13 33:3
**reason** 15:16,21
**recall** 20:18
**receive** 22:24 31:10,12
**received** 7:11 20:21,22 22:21 31:14
**Recently** 7:8
**recollection** 28:22
**record** 5:16 6:4 9:9 12:8, 18 29:19 36:21
**records** 36:10
**refer** 36:11
**referring** 27:22 28:15

**refresh** 28:22
**refuse** 25:22
**regular** 13:17
**related** 24:16 26:19
**relieve** 15:10
**relieved** 19:23
**remember** 9:16 12:14, 21,23 14:1 20:12 21:18 24:22 26:22 27:4,6,9,12, 14,17,20 28:1,8,13,19,24 29:1,7 30:5,15 31:22 32:1 33:1,2,6,9,11
**REPORTER** 5:1,4,14, 19,24 38:4,10,16
**representation** 8:3,20
**represented** 6:19
**representing** 7:5
**require** 17:22
**required** 15:2
**resources** 23:25 24:11 25:6,7,10,20
**respond** 31:3
**responded** 16:25
**response** 17:5
**responsible** 23:25
**rest** 14:19
**return** 11:10 24:8
**review** 38:5
**role** 10:21 12:1 23:13,15 31:1
**room** 17:3,6 18:2,9
**rude** 22:10
**run** 19:2
**runs** 17:3,6 18:20

---
**S**
---

**safe** 36:13
**screen** 23:7 30:19,25 31:4

**sees** 17:12
**send** 21:10 34:22
**sending** 23:6,22
**sense** 35:2
**services** 10:1,2,4 12:1 37:17,18
**shack** 20:6
**share** 23:9,24 31:20,21
**shared** 23:19 25:11 29:7 31:8
**sharing** 23:16
**shot** 30:19
**shots** 23:7
**shotted** 30:25 31:4
**showed** 31:6
**shut** 9:6 13:3
**sign** 15:22 25:21,22 38:5
**sir** 6:23
**sit** 15:14
**situation** 25:24
**slash** 10:19
**Smith** 37:8,10
**solemnly** 5:5
**sorting** 21:17
**speak** 18:15 21:7,8 24:4, 19 25:17,19,22 28:6,8 29:15 34:16
**speakers** 17:11 18:6
**special** 18:12
**spell** 5:15 6:4
**spent** 22:5
**spoke** 15:2 33:21
**spoken** 7:14 8:7 20:16 33:8
**St** 14:13,19 16:13,21,24 18:3 19:24 20:19 22:14 31:3 33:15 35:23 36:22
**staff** 16:16 17:7,17,24 18:8 19:12 23:22 27:11

**staffed** 23:18
**staffing** 16:19
**standard** 12:11 14:6,12 16:6 25:5,7,23 29:14
**staple** 33:20
**start** 21:17
**started** 10:23 22:19 30:18 31:5
**starts** 35:9
**state** 5:12,15,20 6:3
**stated** 19:4,8 31:9
**statement** 21:9 28:25 29:4,17,21,24 30:1
**states** 34:3
**steps** 15:2
**Steward** 9:3 11:14
**stuff** 11:23 26:11 29:5 33:22
**submit** 29:24,25
**submitted** 29:21
**sudden** 18:22
**superiors** 22:18
**supervisor** 10:19 35:4
**supervisors** 29:15
**supplies** 10:9
**supposed** 15:6,9,11 19:21
**surgery** 11:9,10
**surrounding** 32:6
**swear** 5:5
**swipe** 13:17
**sworn** 5:12
**system** 9:7,18 12:8 13:2 14:16

---
**T**
---

**T-O-L-O-P-K-A** 5:18 6:6

**taking** 20:7 26:7 32:22
**talk** 16:11
**talked** 33:6
**talking** 30:18 32:19
**teach** 29:14
**team** 17:25 18:12,21
**technical** 6:13
**telling** 7:18 26:22 32:8
**tenure** 14:19
**terminate** 23:2 25:19
**terminated** 24:5 25:15
**termination** 24:1 36:5
**testified** 5:13
**testimony** 5:5 32:9 37:20
**text** 7:17
**thing** 9:15 11:3 17:3,5 21:5,19 22:11
**things** 11:22 23:4,5,8,16 26:8,23 29:7,12,13 30:2
**thought** 28:23
**till** 32:10,20
**time** 9:9,17,22,25 11:16 12:8,10,18,24 13:2,18,24 14:3 15:11 16:12,16 22:7 24:14 27:16 29:7 30:8 32:14 37:24
**timecard** 13:13 33:20 34:14,15,23
**timecards** 9:19,20 12:19 30:3
**timekeeping** 13:5
**times** 15:17 30:11
**timesheet** 12:12
**timesheets** 9:13 12:4
**title** 9:25 37:16
**today** 6:8,17,20 37:21
**told** 14:2 21:19 23:23 26:6 27:14 34:25
**Tolopka** 5:17 6:3,6

**town** 37:5
**transcript** 38:6,12
**transition** 13:13
**transitioned** 14:14
**transitioning** 13:8
**transmitted** 17:10 18:4
**transpired** 32:5
**travel** 37:5,11
**traveler** 24:7
**truth** 5:6,7 32:8
**truthful** 6:16
**turn** 36:5
**turned** 9:21 29:18
**turning** 9:14
**type** 14:8
**typically** 25:1

### U

**ugly** 27:10
**unable** 9:8
**underneath** 10:12
**understand** 6:7,12 7:23 8:22
**understanding** 28:3
**unexpected** 34:12
**unfortunate** 23:8
**unit** 19:11,12,13 26:10 27:25 29:11
**units** 12:13
**untrue** 30:24
**untruthful** 23:5
**upsetting** 32:7

### V

**vacation** 13:1 35:3,6,13

### W

**waive** 38:6,8
**walk** 19:23
**wanted** 7:22 15:23 22:4,10 23:24
**Washington** 5:23 37:6,15
**week** 7:10,14,17
**weeks** 31:24 32:2
**Wenatchee** 5:22 37:15
**women's** 10:1,2,4,7,17,23 12:1 35:1,4 37:17,18
**wording** 22:18
**work** 22:20 27:19 31:24 34:24
**worked** 13:23 18:18 33:22
**workers** 13:12
**working** 19:11,13 36:16
**write** 13:23 14:2 29:16
**writing** 25:11,17 29:13 34:11,13
**written** 8:16 23:4,5 28:25 29:4,17,18,21,25
**wrong** 12:12 21:11,13,15,20 31:15
**wrote** 30:15,23 31:17

### Y

**year** 8:13 9:1 11:4,5 27:18
**yell** 19:14
**York** 5:13