# Exhibit 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IMANI CHINDA, | **Case No. 4:24-cv-5106** |
| v. | JURY TRIAL DEMANDED |
| HSA ST. JOSEPH LLC. | |

**DECLARATION OF IMANI CHINDA**

I, Imani Chinda, declare as follows:

1.      My name is Imani Chinda. The facts contained in this declaration are within my personal knowledge and are true and correct.

2.      I worked for HSA St. Joseph LLC ("St. Joseph") as a Registered Nurse.

3.      On November 1, 2024, St. Joseph failed to pay me minimum wage for the workweek of October 20 to October 26, 2024.

4.      I complained about St. Joseph's failure to pay minimum wage to St. Joseph.

5.      For example, I complained to St. Joseph's human resources about its failure to pay minimum wage via e-mail on November 2, 2024.

6.      I complained verbally to Lori Tolopka about St. Joseph's failure to pay minimum wage on November 1, 2024.

7.      I complained verbally to Emily Manning about St. Joseph's failure to pay minimum wage on November 2, 2024.

8.      I complained verbally to Anita Bates, the nightshift Charge Nurse, about St. Joseph's failure to pay minimum wage on November 1, 2024.

9.      I have reviewed the Corporate Representative deposition of Jaime Malveaux in this case, and I believe her description of an incident in the Family Birthing Center refers to my verbal complaint to Ms. Bates on November 1, 2024.

10.     On that date, I complained to Ms. Bates about St. Joseph's failure to pay minimum wage. My complaint was raised calmly, I did not raise my voice, and I did not violate St. Joseph's policies when exercising my rights under the Fair Labor Standards Act.

11.     On November 4, 2024, Lori Tolopka called me, and told me that I was being placed on "administrative leave" because I complained about St. Joseph's failure to pay minimum wage.

12.     On that date, I was terminated from St. Joseph.

13.     I know that St. Joseph terminated me because my contract guaranteed me 72 hours per pay period, and St. Joseph did not schedule me for any hours after my complaint for its failure to pay minimum wage.

14.     I believe that St. Joseph terminated me because I complained about the hospital's failure to pay minimum wage.

15.     Many of my coworkers who did not complain were not terminated.

16.     For example, Grace McCook worked with me at St. Joseph and performed nursing job duties.

17.     I know that Grace McCook did not complain about the hospital's failure to pay minimum wage.

18.     I know that Grace McCook continued working for St. Joseph for at least four months after my termination.

19.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Signed on _____.                    _____
                                                   IMANI CHINDA


2