# Exhibit 5

DocuSign Envelope ID: C5D6AF80-AA0F-4EC8-9E34-75D559A3EA6E



**Steward National Traveler Network Assignment Agreement**

This Traveler Employee Assignment Agreement (the "Agreement") is made and entered into as of this **21st** day of **February**, **2023** by and between **Imani Chinda** ("Employee/Traveler") and Steward Health Care System LLC ("Steward") for services to be performed at **St Joseph Medical Center** (Primary Hospital) and other Steward Hospital locations as may be assigned

**WHEREAS** Employee Traveler desires to be employed by Steward Healthcare System LLC ("Steward") and its campuses to provide patient care services at the Hospitals on a temporary basis.

**NOW, THEREFORE,** for and in consideration of the mutual covenants and conditions contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. **Scheduling Hours.** Employee Traveler agrees to be scheduled to work at least seventy-two (72) hours per pay period, including two weekend shifts per pay period for **13** weeks (length of employment period). Employee Traveler's hours will be scheduled/ approved by the Nursing Director, to meet the Hospitals' units' needs. Employee Traveler shall be scheduled for shifts starting on **3/6/23** and ending on **6/3/23**.

   Employee Traveler understands that if Employee Traveler is requested not to report for Employee Traveler's scheduled shift at the Hospitals as a result of low census, Employee Traveler may be required to report to work at an affiliate hospital.

2. **Guarantee of Scheduled Hours.** Employee Traveler is guaranteed to be scheduled for Seventy-two (72) hours bi-weekly. Employee Traveler may be cancelled hours equal to one (1) shift per pay period based on staffing needs. Employee Traveler's position is dependent upon staffing needs and patient census/ acuity, and periodic adjustments shall occur based upon Hospitals' business and patient care needs. Employee Traveler may be required to float to similar departments of competency within affiliated hospitals.

3. **HOLIDAYS.** Employee Traveler agrees to work at least one (1) of the three (3) major holidays and two (2) of the three (3) minor holidays during the dates of the Agreement, as needed by the unit. Employee Traveler agrees that self-canceling for a holiday will result in termination of this Agreement.
   a. The three (3) major holidays are defined as Thanksgiving, Christmas Day, and New Year's Day. Timeframes for these holidays are from 7:00PM of the holiday eve through 7:00PM of the holiday night.

EXHIBIT 5

RFP2-010

DocuSign Envelope ID: C5D6AF80-AA0F-4EC8-9E34-75D559A3EA6E

b. The minor holidays are defined as Memorial Day, Fourth of July, and Labor Day.

4. **ABSENCES.** Employee Traveler understands that an absence on a scheduled holiday or absence/ sick occurrences in excess of three (3) per contract may result in immediate termination of the Agreement.

5. **COMPENSATION TO EMPLOYEE TRAVELER.** Employee Traveler's rate of compensation ("Compensation") and all applicable terms regarding Compensation are set forth below. All Compensation shall be subject to deductions for applicable payroll taxes, social security, or any other deduction required by law or any governmental body.

   a. **Base Rate of Pay:**
      i. Hourly            $ **60.00**
      ii. On- Call         $4.00
      iii. Shift Differential   $4.00
         1. Employee Traveler is not eligible for merit increases.
         2. Employee Traveler is eligible for call back pay at 1.5x base rate.
         3. Overtime will be paid for all hours worked in excess of 40 hours/week.
         4. In the event that overtime hours are being offered for extra shifts, the Employee Traveler must first meet the required minimum hours prior to the bonus being in effect.

   b. **Incentive Pay:**
      i. Hourly            $ **5.00**
         1. Employee Traveler's incentive pay will be approved based on the evaluation of market conditions for each Steward Hospital. Eligible Employee Traveler must work all scheduled shifts in the pay period to be eligible. Incentive pay will be forfeited if there are any unscheduled absences during the pay period. Hours more than 40 per work week will be paid at the applicable overtime rate.

   c. **Completion Bonus**
      i. Bonus Amount:     $ **N/A**
         1. Employee Traveler's completion bonus will be approved based on the evaluation of market conditions for each Steward Hospital. Eligible Employee Traveler must work all scheduled shifts in the contract period to be eligible. Completion bonus is not prorated. Employee Traveler must complete the terms of this agreement to be eligible for payment. This Bonus is subject to all applicable taxes required by law.

6. **TRAVEL/HOUSING**        **N/A**
   a. Travel/Housing Benefits of $_____/mo are available to Employee Traveler if Employee Traveler is temporarily relocating to the assigned Hospital from a

RFP2-011

  distance greater than 100 miles from the Employee Traveler's residence. Proof of permanent (prior) residence and temporary (existing) residence must be provided to receive a monthly stipend. Employee Traveler may be eligible for a total of three (3) monthly payments during thirteen (13) week contract. Employee Traveler will be responsible for submitting required documentation for the stipend via Concur or any other method identified by Steward. Employee Traveler will be solely responsible for all federal, state and local taxes associated with such stipend, and shall indemnify and hold the Company harmless against all such taxes or contributions, including penalties and interest, with regard to payments made pursuant to this Paragraph 6(a)

 b. Employee Traveler agrees that in the event that Employee Traveler receives housing benefits from Steward under any provision and voluntarily does not complete Traveler's contracted Employee assignment under the terms of this Agreement, Employee Traveler will have an amount equal to the amount of the housing allowance paid to Employee Traveler prorated and deducted from Traveler's final paycheck.

7. **INITIAL TRIP COMPENSATION.** If Employee Traveler is traveling from 100+ miles to begin Traveler's assignment under this Agreement, Employee Traveler shall be reimbursed one time, one way mileage allowance of IRS allowable per mile reimbursement. This mileage reimbursement is subject to all applicable taxes required by law.

8. **PRE-EMPLOYMENT REQUIREMENTS.** Employee Traveler understands that a pre-employment history, physical exam, background check and urine drug screen are requirements for assignment at Steward.

9. **BENEFITS.** Pursuant to the company's benefit plan, Employee Traveler understands and agrees that Employee Traveler will be eligible for employee benefits to begin on the first business day of the following month of hire. Employee Traveler also understands that Employee Traveler is not eligible for Paid Time Off and none shall be accrued.

10. **NOTICES.** Any demand, request, notice or other communication which either party to the agreement desires or may be required to make or deliver to the other shall be in writing and shall be deemed delivered when personally delivered or three days (3) after being deposited in the United States mail, postage prepaid, in registered or certified form, return receipt requested, addressed to the Employee at the set forth in his/her personnel file maintained by Steward.

11. **AMENDMENTS.** This Agreement may be amended or modified, or compliance with any provision hereof waived, only by a written instrument signed by both Steward and the Employee Traveler.

12. **GOVERNING LAW.** The Agreement shall be governed by, and constructed and enforced in accordance with, the laws of the state in which the Hospitals are located

13. **NO IMPLIED WAIVER.** Any waiver of enforcement of any provision of waiver of any breach of this Agreement, whether or not recurring, shall not be constructed as a waiver of a subsequent enforcement of breach of the same or any other provision of the Agreement.

14. **EMPLOYEE TRAVELER'S ACKNOWLEDGMENT.** The Employee Traveler has read this agreement in its entirety, understands its contents, and freely enters into and executes this agreement, intending to be bound by the provisions hereof. The Employee Traveler understands and acknowledges that the Employee Traveler's assignment at Hospitals is at all times subject to the terms and conditions of the Steward Employee Policies and Procedures as well as the policies and procedures of Hospitals apply to travel regardless of Traveler Employee's non-Employee status. Furthermore, the Employee Traveler understands, acknowledges and agrees that this Agreement is being entered into at the mutual consent of Employee Traveler and Steward and, further the Employee Traveler's employment is "at will" and either Steward or the Employee Traveler can terminate this Agreement at any time, with or without cause or notice.

IN WITNESS THEREOF, Steward and the Employee Traveler have executed this Agreement as of the dates set forth above, intending to be bound hereby.

| **Crystal Justice** | **Imani Chinda** |
|---|---|
| (Steward Designee Printed Name) | (Traveler Employee Printed Name) |
| *Crystal Justice* | *Imani Chinda* |
| 668A3005460B421... | 960C9FCB47F54AD... |
| (Steward Designee Signature) | (Traveler Employee Signature) |
| 2/21/2023 | 2/21/2023 |
| (Date) | (Date) |

RFP2-013