# Exhibit 3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IMANI CHINDA, | Case No. 4:24-cv-5106 |
| v. | |
| HSA ST. JOSEPH LLC. | |

## DEFENDANT HSA ST. JOSEPH'S RESPONSE TO PLAINTIFF IMANI CHINDA'S SECOND SET OF DISCOVERY TO DEFENDANT HSA ST. JOSEPH LLC

Defendant HSA St. Joseph, LLC serves upon you this response to Plaintiff Imani Chinda's written discovery.

Respectfully submitted,

Asim Ghafoor
Healthcare Systems of America
Regional Counsel
1401 St. Joseph Parkway
Houston, Texas 77002

### CERTIFICATION

I certify under penalty of perjury that the foregoing response to Plaintiff's 2nd Set of Discovery is true and correct to the best of my knowledge, information, belief, understanding, or recollection, with the understanding that HSA St. Joseph, LLC is continuing to research its responses to Plaintiff's interrogatories, requests for production and requests for admissions and reserves the right to further supplement its responses.

Dated: September 17, 2025

_/s/ Asim Ghafoor_____
Asim Ghafoor

1

## REQUESTS FOR ADMISSION

1.      YOU do not have a written policy for processing complaints of failure to pay minimum wage.

Denied. See Section H of Timekeeping Policy at RFP2-079:

> H. The company will take every precaution to avoid errors in an employee's paycheck; however, occasionally an error may occur. If an employee believes a pay deduction may violate this policy, he or she should notify the immediate supervisor as soon as possible. The supervisor and Payroll will investigate the **complain**t, and, if the deduction was inconsistent with this policy, will direct that the employee be reimbursed for the deduction. [emphasis added].

2.      YOU do not have a written policy for processing complaints of failure to pay wages.

Denied. See 1, supra.

3.      YOUR written policy for processing complaints of failure to pay minimum wage is not in your possession, custody, or control.

Denied. See 1, supra.

4.      YOUR written policy for processing complaints of failure to pay wages is not in your possession, custody, or control.

Denied. See 1, supra.

5.      YOU do not have any documents reflecting the decision to place PLAINTIFF on administrative leave.

Denied. See RFP3- 002/3

6.      PLAINTIFF did not violate a written policy when she engaged in alleged "disruptive conduct" in the Family Birthing Center.

Denied. Plaintiff's behavior violated Policy RI 20 reproduced at RFP2- 102.

7.      The written policy YOU allege PLAINTIFF violated is not in your possession, custody, or control.

Denied.

8.      YOU do not have a written policy for placing YOUR nurses on administrative leave.

9.      The written policy YOU relied on when deciding to place PLAINTIFF on administrative leave is not in your possession, custody, or control.

10.     YOU do not have written documentation reflecting PLAINTIFF's complaint regarding YOUR failure to timely pay her minimum wages.

Denied. See email correspondence at RFP2