UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IMANI CHINDA, <br><br> v. <br><br> HSA ST. JOSEPH LLC. | Case No. 4:24-cv-5106 <br><br><br> JURY TRIAL DEMANDED |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL EXHIBITS AND RESPONSE TO PLAINTIFF'S
MOTION TO STRIKE**

Plaintiff filed its Motion for Summary Judgement. **Doc 24.** Defendant HSA St. Joseph, LLC filed its Reply in opposition to Plaintiff's Motion. **Doc 26.** Plaintiff has now filed a Motion to Strike. **Doc. 28,** seeking to strike exhibits that were attached to Defendant's Reply. Accordingly, Defendant files this Motion for Leave to File Supplemental Exhibits and Response to Plaintiff's Motion to Strike. Defendant respectfully moves this Court for a leave to file supplemental exhibits in support of its previously filed Reply to Plaintiff's Motion for Summary Judgment. **Doc 26**. Defendant is seeking to file supplemental exhibit to its Reply, consisting of an Affidavit of Business Record, and better copies of Exhibit 1's pages, respectively bate-stamped RFP2-067 and RFP2-071, that were filed with its Reply. The Affidavit of Business Records, attached

1

hereto as Exhibit B, authenticates exhibits that were filed with Defendant's Reply on November 26, 2025. Exhibit A, attached hereto, are better copies of Exhibit 1's pages, respectively bate-stamped RFP2-067 and RFP2-071, filed with Defendants Reply, respectively. **Doc. 26**. Accordingly, these exhibits are both material and directly relevant to the issues before the Court. Allowing supplementation will ensure the Court has a complete factual record to make a just determination on Plaintiff's Motion for Summary Judgement. Granting this motion will not prejudice Plaintiff or unduly delay the proceedings but rather will promote judicial efficiency and the fair resolution of this case. Furthermore, granting this Motion will moot Plaintiff's request to strike Defendant's Exhibits. **Doc. 28.** For these reasons, Defendant respectfully requests that the Court grant leave to file the supplemental exhibit.

## 1. FACTUAL BACKGROUND

Plaintiff filed her Motion for Summary Judgment seeking judgment as a matter of law on November 6, 2025. **Doc 24**. In response, Defendant timely filed a Reply opposing Plaintiff's motion, attaching Exhibits 1, 2, and 3 in support of its opposition to Summary Judgement on November 26, 2025. **Doc. 26**. Exhibit 1 of Defendant's Reply **[Doc. 26]** is Defendant's business record. Accordingly, Defendant is seeking to submit an Affidavit of Business Record to authenticate this Exhibit. Furthermore, attached Exhibit A is a better copy of Exhibit 1's pages, respectively bate-stamped RFP2-067 and RFP2-071, attached to Defendant's Reply. These Exhibits are directly relevant to a material fact in dispute and has the potential to affect the Court's analysis of Plaintiff's Motion for Summary Judgment. Defendant now seeks leave to file supplemental exhibits to ensure the record is complete

and to assist the Court in rendering a just decision on the pending motion. Defendant did not file these Exhibits previously because the undersigned counsel was retained shortly before the filing of the Reply and the undersigned's office was closed beginning 1:00 pm on November 26, 2025, for Thanksgiving holiday, thus giving very little time to prepare and file the Affidavit of Business Record or seek better copies of the Exhibit with the Reply. The request is made prior to the Court's ruling on summary judgment and will not unduly delay the proceedings or prejudice Plaintiff, who will have an opportunity to respond if the Court deems it appropriate.

Federal Rule of Civil Procedure 56(e) provides that if a party "fails to properly support an assertion of fact or fails to properly address another party's assertion of fact," the court may "(1) give an opportunity to properly support or address the fact; (2) consider the fact undisputed for purposes of the motion; (3) grant summary judgment if the motion and supporting materials—including the facts considered undisputed—show that the movant is entitled to it; or (4) issue any other appropriate order." This rule gives the Court broad discretion to allow supplemental filings to ensure that all material facts are properly presented and considered.

## II.  CONCLUSION

For the foregoing reasons, Defendant HSA St. Joseph, LLC respectfully requests that this Court grant its Motion for Leave permit the filing of the attached supplemental exhibits. Defendant further requests that Court deny Plaintiff's Motion to Strike and grant all other relief available to Defendant.

Date: December 8, 2025.

                              **Respectfully submitted**,

By: */s/ Ali Zakaria*_____
**Mohammed Ali Zakaria**
TBN: 22243410
M. Ali Zakaria & Associates, PC
6161 Savoy Drive, Suite 1000
Houston, Texas 77036
Tel: (713) 789-7500
Email: Ali@Zakarialaw.com
**CO-COUNSEL FOR DEFENDANT HSA ST. JOSEPH, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on December 8, 2025, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States District Court for the Southern District of Texas to all attorneys of record.

/s/ *Ali Zakaria*
Ali Zakaria

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with counsel for Plaintiff on December 3, 2025 via email and Plaintiff's counsel is opposed to this Defendant's Motion for Leave and the relief sought herein.

/s/ *Ali Zakaria*
Ali Zakaria