# EXHIBIT A



Level 2 Golden Sun Business Sensitive



Level 2 Golden Sun Business Sensitive