# EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IMANI CHINDA, | **Case No. 4:24-cv-5106** |
| v. | |
| HSA ST. JOSEPH LLC. | JURY TRIAL DEMANDED |

## AFFIDAVIT OF BUSINESS RECORDS

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I, Jonathan Burket, residing in Los Angeles County, California, being of sound mind and over the age of eighteen (18) years, hereby declare under oath as follows:

1. My name is Jonathan Burket, and I am over the age of eighteen (18) years old. I am employed as Corporate Compliance Officer at HSA St. Joseph, LLC, a Texas Limited Liability Company, located at 1401 St. Joseph Parkway, Houston Texas 77002.
2. I am competent to testify to the matters stated herein and have personal knowledge of the facts set forth in this affidavit.
3. I am the custodian of records for HSA St. Joseph, LLC, and in this capacity, I am responsible for maintaining and overseeing the business records of the company. The records referred to as Exhibits1 and 2, attached to Defendant HSA St Joseph, LLC's Reply to Plaintiff's Motion for Summary Judgement and list below are true and correct copies of the original business records maintained by Defendant HSA St. Joseph, LLC in its ordinary course of business:

    Exhibit 1 (Response to Production, RFP2-015 to RFP2-017).

    Exhibit 1 (Response to Production, RFP2-074 to RFP2-076).

    Exhibit 1 (Response to Production, RFP2-077).

    Exhibit 1 (Response to Production, RFP2-102).

Exhibit 2 (Response to Production, RFP2-001).

Exhibit 2 (Response to Production, RFP2-002 to RFP2-003).

Exhibit 2 (Response to Production, RFP2-014).

Exhibit 2 (Response to Production, RFP2-030-036).

Exhibit 2 (Response to Production, RFP2-045-047)

4.  These records were made at or near the time of the acts, events, conditions, or opinions recorded therein by, or from information transmitted by, a person with knowledge of those matters.
5.  It is the regular practice of Defendant HSA St. Joseph, LLC to make and keep such records in the course of its regularly conducted business activities.
6.  The records were prepared and maintained in accordance with the standard operating procedures of Defendant HSA St. Joseph, LLC, which are designed to ensure accuracy and reliability.
8.  I have reviewed the attached records and confirm that they are complete, accurate, and unaltered to the best of my knowledge and belief.
9.  This affidavit is made in compliance with the Federal Rules of Evidence, specifically Rule 803(6), and is intended to establish the admissibility of the attached business records in legal proceedings within the jurisdiction of this Court.
10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: December 3, 2025.

_____
Jonathan Burket
Affiant

Subscribed and sworn to before me this 3rd day of December 2025 before me the undersigned Notary Public by _____, who is the _____ of HSA St. Joseph, LLC, a Texas Limited Liability Company.

_____          SEE
Notary Public                      ATTACHED

**CALIFORNIA JURAT**                                    **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of  L0S ANGELES



*Place Notary Seal and/or Stamp Above*

Subscribed and sworn to (or affirmed) before me on

this __03__ day of __DECEMBER__, 20 __25__, by
   *Date*          *Month*              *Year*

(1) __JONATHAN   BURKET__

(and (2) _____ ),
                    *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                    *Signature of Notary Public*

──────────────── **OPTIONAL** ────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __AFFIDAVIT OF BUSINESS RECORDS__

Document Date: __DECEMBER 3, 2025__            Number of Pages: __2__

Signer(s) Other Than Named Above: _____

©2019 National Notary Association