# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IMANI CHINDA, | Case No. 4:24-cv-5106 |
| v. | |
| HSA ST. JOSEPH LLC. | |

## ORDER GRANTING MOTION FOR LEAVE

Upon finding good cause, Defendant's Motion for Leave to File Supplemental Exhibits [Doc. 30] is **GRANTED**.

It is **ORDERED** that documents filed by Defendant as Exhibit A and B [Doc. 31] are made a part of the record of this case. IT IS FURTHER ORDERED THAT Plaintiff's Motion to Strike [Doc. 28] is denied.

IT IS SO ORDERED, this ___ day of _____, 2026.

_____
JUDGE GEORGE C. HANKS JR.
UNITED STATES DISTRICT JUDGE

1