**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Imani Chinda, | § | |
| Plaintiff, | | |
| v. | § | CIVIL ACTION NO. 4:24-cv-5106 |
| HSA St. Joseph LLC, | | |
| Defendants. | § | JURY DEMANDED |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Josef F. Buenker appears before this Court as additional counsel on behalf of Plaintiff Imani Chinda in the above-referenced matter.

Carl A. Fitz will remain attorney-in-charge.

Respectfully Submitted,

**THE BUENKER LAW FIRM**

*/s/ Josef F. Buenker*
By: Josef F. Buenker
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com
**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I caused a copy of the foregoing document to be filed with the Court using ECF, which will serve all counsel of record.

*/s/ Josef F. Buenker*
Josef F. Buenker