**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IMANI CHINDA | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:24–cv–05106 |
| | § | |
| HSA ST. JOSEPH LLC | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF RESETTING

A Docket Call has been set in this matter for 03:00 PM on 5/15/2026. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1617983346?pwd=jmI4vfEDyVpH19ZweqdYn0eekA3Frk.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 798 3346
Meeting Password: 885657

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 4/8/2026

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.