**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IMANI CHINDA

v.

HSA ST. JOSEPH LLC

Case No. 4:24-cv-5106

JURY TRIAL DEMAND

## JOINT NOTICE OF SETTLEMENT

The parties jointly notify the Court that they have reached an agreement on the material terms to settle this action.

Date: June 17, 2026.

By: /s/ *Ali Zakaria*
    **Mohammed Ali Zakaria**
TBN: 22243410
M. ALI ZAKARIA & ASSOCIATES, PC
6161 Savoy Drive, Suite 1000
Houston, Texas 77036
Tel. (713) 789-7500
Ali@Zakarialaw.com

**ATTORNEY FOR THE DEFENDANT**

Respectfully submitted,

/s/ *Carl A. Fitz*
    **Carl A. Fitz**
    Tex. Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
(713) 766-4000
carl@fitz.legal

AND

/s/ *Josef F. Buenker*
    Josef F. Buenker
TBA No. 03316860
**THE BUENKER LAW FIRM**
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com

**ATTORNEYS FOR THE PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 17th day of June, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants for this matter.

*/s/ Carl Fitz*
**Carl A. Fitz**

2

4878-1786-4391, v. 1